United States District Court
Southern District of Texas
FILED

SEP 23 2014

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | | |
|---|---|---|---|
| | § | | |
| v. | § | Criminal No. | **M-14-1476** |
| | § | | |
| VERONICA SALDIVAR | § | | |

## CRIMINAL INFORMATION

THE UNITED STATES OF AMERICA CHARGES THAT:

### INTRODUCTION

1. On or about May 29, 2012, pursuant to the laws of the United States and the State of Texas, a primary election was held in Donna, Hidalgo County, Texas for the purpose, among others, of nominating candidates for the office of the President of the United States, a federal office.

2. At the primary election there were also candidates on the ballot for various state, county, and local offices, including the office of the County Commissioner for Hidalgo County, Texas.

3. At all times material to this Information, during the primary election, **VERONICA SALDIVAR** assisted in the campaign to elect a candidate to the office of the County Commissioner.

### COUNT ONE
### ELECTION FRAUD

4. Paragraphs 1 through 3 of this Information are realleged and incorporated as if fully set forth herein.

5.  On or about May 29, 2012, in Donna, Hidalgo County, Texas, within the Southern District of Texas, defendant,

**VERONICA SALDIVAR**

knowingly paid and offered to pay one and more voters for voting in the aforesaid primary election.

All in violation of Title 52, United States Code, Section 10307(c) (formerly Title 42, United States Code, Section 1973i(c))

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
LEO J. LEO III
ASSISTANT UNITED STATES ATTORNEY

LESLIE CALDWELL
ASSISTANT ATTORNEY GENERAL
CRIMINAL DIVISION

*/s/ Monique Abrishami*
MONIQUE ABRISHAMI
JENNIFER BLACKWELL
TRIAL ATTORNEYS, CRIMINAL DIVISION