United States Marshals Service
Southern District of Texas
Enforcement Operations
McAllen Division

Date: 09 / 25 / 2014

To: United States District Clerk's Office
McAllen, Texas

From: (A) SDUSM Thomas G. Blair
Deputy United States Marshal

Defendant: Vesonica Saldivar

Date Arrested: 09-25-14

Violation: Pre Trial Vio

Case #: 7:14-mj-1683-2 / M-14-1683-M-02

Facility: East Hidalgo Ca Vill.

Received by: _____

Date: ____/____/_____